IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER A. GROVER,

    Plaintiff,

    v.

SANDRA L. SNIDER,
AMANDA WHEELER, SAWYER COUNTY
CHILD SUPPORT, LAC COURTE
OREILLES TRIBAL CHILD SUPPORT,
MONICA M. CHASE, and ADAN
OJIBWAY,

    Defendants.

Case No. 20-cv-1046-bbc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/15/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |